# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| ARTHUR J. BREWER,<br><br>                        Petitioner,<br>v.<br>WARDEN CALVIN JOHNSON, *et al.*,<br><br>                        Respondents. | Case No. 2:20-cv-00991-KJD-EJY<br><br>**ORDER** |

This habeas matter is before the Court on Petitioner Arthur J. Brewer's Motion for Extension of Time (ECF No. 4). Good cause appearing,

**IT IS THEREFORE ORDERED:**

1. Brewer's Motion for Extension of Time (ECF No. 4) is GRANTED.
2. Brewer must file a complete application to proceed *in forma pauperis* ("IFP") by **August 24, 2020**, and must include: (a) a financial certificate signed by an authorized prison official and Brewer, (b) a financial affidavit and acknowledgement signed by Brewer, and (c) a statement of his inmate trust account for the six-month period prior to filing.
3. *Alternatively*, Brewer must pay the $5.00 filing fee by **August 24, 2020**.
4. Brewer's failure to comply with this order by (a) submitting an IFP application, *or* (b) paying the $5.00 filing fee before the **August 24, 2020** deadline will result in the dismissal of this action without prejudice and without further advance notice.

DATED this 16 day of July 2020.

_____
KENT J. DAWSON
UNITED STATES DISTRICT JUDGE

1