# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| ARTHUR J. BREWER,<br><br>　　　　　　　Petitioner,<br>　v.<br>WARDEN CALVIN JOHNSON, *et al.*,<br><br>　　　　　　　Respondents. | Case No. 2:20-cv-00991-KJD-EJY<br><br>**ORDER** |

　　　Good cause appearing, Respondents' Motion for Enlargement of Time (ECF No. 11) is GRANTED.  Respondents have until September 4, 2020, to respond to Petitioner Arthur J. Brewer's Motion for Reconsideration (ECF No. 9).

　　　IT IS SO ORDERED.

　　　DATED  August 24, 2024, 2020

_____
KENT J. DAWSON
UNITED STATES DISTRICT JUDGE