# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| ARTHUR J. BREWER,<br><br>　　　　　　　Petitioner,<br>v.<br>WARDEN CALVIN JOHNSON, *et al.*,<br><br>　　　　　　　Respondents. | Case No. 2:20-cv-00991-KJD-EJY<br><br>**ORDER** |

　　　Good cause appearing, Respondents' second Motion for Enlargement of Time (ECF No. 14) is GRANTED. Respondents have until September 11, 2020, to respond to Petitioner Arthur J. Brewer's Motion for Reconsideration (ECF No. 9).

　　　IT IS SO ORDERED.

　　　DATED: September 8, 2020

　　　　　　　　　　　　　　　　　　＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿
　　　　　　　　　　　　　　　　　　KENT J. DAWSON
　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE