# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| ARTHUR J. BREWER,<br><br>    Petitioner,<br>v.<br>WARDEN CALVIN JOHNSON, *et al.*,<br><br>    Respondents. | Case No. 2:20-cv-00991-KJD-EJY<br><br>**ORDER** |

  Good cause appearing, IT IS HEREBY ORDERED that Petitioner Arthur J. Brewer's unopposed first Motion for Extension of Time (ECF No. 23) is GRANTED. Petitioner has until May 5, 2021, to file an amended petition for writ of habeas corpus.

  DATED: February 12, 2021

                   _____
                   KENT J. DAWSON
                   UNITED STATES DISTRICT JUDGE