# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| ARTHUR J. BREWER,<br>*Petitioner,*<br>v.<br>CALVIN JOHNSON, *et al*,<br>*Respondents*. | Case No. 2:20-cv-00991-KJD-EJY<br><br>ORDER |

Following upon the Court's grant of petitioner's motion for discovery (ECF No. 25), and for good cause shown,

IT IS ORDERED that, within seven (7) calendar days of service of this order on him, Mr. Michael Sanft shall produce to counsel for petitioner, Mr. Jonathan M. Kirshbaum, with the Federal Public Defender, at 411 E. Bonneville, Suite 250, Las Vegas, Nevada, 89101, the entire defense file from the representation of petitioner in connection with *State of Nevada v. Arthur Brewer*, No. C-16-318178-1 in the Eighth Judicial District Court for the State of Nevada.

IT IS FURTHER ORDERED that if Mr. Sanft fails to produce the foregoing as directed, he then SHALL APPEAR IN PERSON at 11:30 a.m. on April 20, 2021, in Courtroom 4A at the Lloyd D. George United States Courthouse, 333 Las Vegas Blvd. South, Las Vegas, Nevada, 89101, and SHOW CAUSE why sanctions, including possible citation for contempt of court, should not be imposed.

/ / / /

The Clerk of Court is requested and directed to SEND the necessary service copies of this order to the Marshal for service and the Marshal is requested and directed, as expeditiously as possible, to PERSONALLY SERVE this order upon Michael Sanft either at his office, which may be at Mayfield, Gruber & Sanft, 726 S. Casino Center Blvd., Suite 211, Las Vegas, Nevada 89101, 702-497-8008;[1] outside a state or federal court proceeding; his residence; or wherever he may most expeditiously be found by the Marshal.

Mr. Sanft can obtain copies of the relevant filings in this matter, from ECF No. 25 through the date of the response to his request, free of charge, from the Clerk upon request, in a manner consistent with the Clerk's current practices for such matters.

DATED: April 6, 2021

_____
KENT J. DAWSON
United States District Judge

---

[1] Mr. Sanft appears to have previously given a different address but with the same telephone number to the Clerk, *i.e.*, Sanft Law, 228 South Fourth Street, 3rd Floor, Las Vegas, NV, 89101. *See* 2:20-cr-00111-APG-DJA, *USA v. Dontavia Jones.* The office address stated in the text is the address used by the FPD in contacting Mr. Sanft by mail and also corresponds to the office address currently shown on www.mgslaw.vegas . The website also includes a picture of Mr. Sanft, for the Marshal's reference in effecting personal service directly on him. The Court understands the press of practice, but Mr. Sanft needs to keep his physical address updated with the Clerk, as well as comply with his professional responsibilities in responding to file requests made by former criminal clients.