# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| ARTHUR J. BREWER, | Case No. 2:20-cv-00991-KJD-EJY |
| Petitioner, | |
| v. | **ORDER** |
| WARDEN CALVIN JOHNSON, *et al.*, | |
| Respondents. | |

Good cause appearing, IT IS HEREBY ORDERED that Respondents' unopposed first Motion for Extension of Time (ECF No. 34) is GRANTED. Respondents until August 20, 2021, to file their response to Petitioner's amended petition for writ of habeas corpus.

DATED: July 15, 2021

KENT J. DAWSON
UNITED STATES DISTRICT JUDGE

1