# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| ARTHUR J. BREWER,<br><br>　　　　　　　　Petitioner,<br>v.<br><br>WARDEN CALVIN JOHNSON, *et al.*,<br><br>　　　　　　　　Respondents. | Case No. 2:20-cv-00991-KJD-EJY<br><br>**ORDER** |

　　　Good cause appearing, IT IS HEREBY ORDERED that Petitioner's unopposed first Motion for Extension of Time (ECF No. 39) is GRANTED.  Petitioner has until October 1, 2021, to file his response to Respondents' Motion to Dismiss.

　　　DATED:   September 10, 2021

　　　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　　KENT J. DAWSON
　　　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE