# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| ARTHUR J. BREWER,<br><br>                  Petitioner,<br>v.<br><br>WARDEN CALVIN JOHNSON, *et al.*,<br><br>                  Respondents. | Case No. 2:20-cv-00991-KJD-EJY<br><br>**ORDER** |

Good cause appearing, IT IS HEREBY ORDERED that Respondents' unopposed first Motion for Extension of Time (ECF No. 45) is GRANTED. Respondents until November 22, 2021, to file their reply in support of their motion to dismiss.

DATED: October 28, 2021

_____
KENT J. DAWSON
UNITED STATES DISTRICT JUDGE