# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| ARTHUR J. BREWER,<br><br>                    Petitioner,<br>v.<br>WARDEN CALVIN JOHNSON, *et al.*,<br><br>                    Respondents. | Case No. 2:20-cv-00991-KJD-EJY<br><br>**ORDER** |

Good cause appearing, IT IS HEREBY ORDERED that Respondents' unopposed second Motion for Extension of Time (ECF No. 47) is GRANTED. Respondents until December 22, 2021, to file their reply in support of their motion to dismiss.

DATED: December 14, 2021

_____
KENT J. DAWSON
UNITED STATES DISTRICT JUDGE

1