# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| ARTHUR J. BREWER,<br><br>　　　　　　　　　Petitioner,<br>v.<br><br>WARDEN CALVIN JOHNSON, *et al.*,<br><br>　　　　　　　　　Respondents. | Case No. 2:20-cv-00991-KJD-EJY<br><br>**ORDER** |

　　　Good cause appearing, IT IS HEREBY ORDERED that Respondents' unopposed second Motion for Extension of Time (ECF No. 53) is GRANTED. Respondents until June 1, 2022, to answer Petitioner's first amended petition for writ of habeas corpus.

　　　DATED:　5/31/2022

　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　KENT J. DAWSON
　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE