# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

ARTHUR J. BREWER,

    Petitioner,

v.

WARDEN CALVIN JOHNSON, *et al.*,

    Respondents.

Case No. 2:20-cv-00991-KJD-EJY

**ORDER**

In this habeas corpus action, Respondents moved for a twenty-one-day extension of time (ECF No. 55) to file their answer to the remaining claims in the Amended Petition for Writ of Habeas Corpus. Respondents also moved for an additional five-day extension of time (ECF No. 56) to file their answer to the remaining claims in the Amended Petition for Writ of Habeas Corpus. The Court finds the request is made in good faith and not solely for the purpose of delay, and therefore good cause exists to grant the motions.

It is therefore ordered that Respondents' third motion for enlargement of time (ECF No. 55) is granted *nunc pro tunc*.

It is further ordered that Respondents' fourth motion for enlargement of time (ECF No. 56) is granted *nunc pro tunc*.

DATED: July 5, 2022.

KENT J. DAWSON
UNITED STATES DISTRICT JUDGE