UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| ARTHUR J. BREWER,<br><br>                    Petitioner,<br>v.<br>WARDEN CALVIN JOHNSON, *et al.*,<br><br>                    Respondents. | Case No. 2:20-cv-00991-KJD-EJY<br><br>**ORDER** |

Petitioner Arthur J. Brewer filed a Petition for Writ of Habeas Corpus under 28 U.S.C. § 2254 challenging a conviction in Nevada's Eighth Judicial District, Court Clark County, Nevada. (ECF Nos. 1-1; 33; 38-21.) Respondents have filed a suggestion of death indicating that Brewer died on July 26, 2022. (ECF No. 59.) The Nevada Department of Corrections' ("NDOC") online records[1] confirm Brewer is now deceased.

The Court may entertain a state prisoner's petition for writ of habeas corpus only on the ground that he is "in custody in violation of the Constitution or laws or treaties of the United States." 28 U.S.C. § 2254(a). A petitioner's death renders the habeas petition moot. *See Dove v. United States*, 423 U.S. 325, 325 (1976) (per curiam) (dismissing petition for a writ of certiorari from appellate decision in criminal proceedings upon petitioner's death); *Farmer v. McDaniel*, 692 F.3d 1052 (9th Cir. 2012) (upon notice of petitioner's death, appeal dismissed as moot and case remanded to district court to dismiss habeas petition as moot); *Garceau v. Woodford*, 399 F.3d 1101 (9th Cir. 2005) ("Because petitioner's death renders this case moot, the petition for a writ of habeas corpus should be dismissed as moot."); *Griffey v. Lindsey*, 349 F.3d 1157 (9th Cir. 2003) (same).

Brewer's death constitutes an end to his detention. Thus, this action no longer presents a live case or controversy. Accordingly, Brewer's petition challenging his alleged unconstitutional

---

[1] https://ofdsearch.doc.nv.gov/

confinement is now moot.

**IT IS THEREFORE ORDERED** that Brewer's First Amended Petition for Writ of Habeas Corpus (ECF No. 33) is DISMISSED WITHOUT PREJUDICE as moot, on account of Brewer's death.

**IT IS FURTHER ORDERED** that the Clerk of the Court is instructed to CLOSE THIS CASE and ENTER JUDGMENT accordingly.

DATED: September 23, 2022

KENT J. DAWSON
UNITED STATES DISTRICT JUDGE